1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY W. BAKER,

11            Plaintiff,                         No. CIV S-10-0985 KJM P

12        vs.

13   SOLANO COUNTY JAIL,

14            Defendant.                         ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

18   required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the

19   opportunity either to submit the appropriate affidavit in support of a request to proceed in forma

20   pauperis or to submit the appropriate filing fee.

21            In accordance with the above, IT IS HEREBY ORDERED that:

22            1.  Plaintiff shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

24   of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in

25   the dismissal of this action; and

26   /////

1

1          2.  The Clerk of the Court is directed to send plaintiff a new Application to

2  Proceed In Forma Pauperis By a Prisoner.

3  DATED:  May 11, 2010.

_____
U.S. MAGISTRATE JUDGE

6  /md
bake0985.3a

2