1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY W. BAKER,

11              Plaintiff,                 No. CIV S-10-0985 JAM CKD P

12        vs.

13    MARSH, et al.,

14              Defendants.                ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  On August 31, 2011, defendants moved to modify the

18   scheduling order.  (Dkt. No. 29.)  As defendants assert that plaintiff has completely failed to

19   respond to discovery requests, and defendants' motion to compel is pending, the court will vacate

20   the scheduling order issued March 15, 2011, and refrain from setting new deadlines until the

21   discovery motion is resolved.

22              Accordingly, IT IS HEREBY ORDERED that:

23              1. Defendants' motion to modify the scheduling order (Dkt. No. 29) is granted;

24   and

25   ////

26   ////

1          2. The March 15, 2011 scheduling order (Dkt. No. 22) is vacated.

2    Dated: September 12, 2011

3

4                                                        _____
                                                        CAROLYN K. DELANEY
                                                        UNITED STATES MAGISTRATE JUDGE
5

6

7    2
     bake0985.modsched
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                        2